# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 1, 2007

133274 & (42)(45)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DENNIS G. SIMPSON,
      Plaintiff-Appellee,

v

BORBOLLA CONSTRUCTION & CONCRETE
SUPPLY, INC. and CINCINNATI INSURANCE
COMPANY,
      DefendantsAppellants,
and

FLUOR CONSTRUCTORS INTERNATIONAL,
INC. and TRAVELERS CASUALTY & SURETY
COMPANY,
      Defendants-Appellees,
and

SILICOSIS DUST DISEASE & LOGGING
INDUSTRY COMPENSATION FUND,
      Defendants.

SC: 133274
COA: 264106
WCAC: 04-000017

_____/

      On order of the Court, the motions for leave to file briefs amicus curiae are GRANTED. The application for leave to appeal January 25, 2007 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). At oral argument, the parties shall address whether the Court of Appeals erred in holding that *Rakestraw v General Dynamics Land Systems, Inc*, 469 Mich 220 (2003), does not apply where the preexisting condition is work-related. The parties may file supplemental briefs within 42 days of the date of this order, but they should not submit mere restatements of their application papers.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 1, 2007

*Corbin R. Davis*
Clerk

t0529